**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Grace Jun (SBN 287973)**
**GRACE JUN, ATTORNEY AT LAW**
501 West Broadway, Ste. 1480
San Diego, CA 92101
T: (310) 709-4012
e-mail: grace@gracejunlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
T: (510) 530-4078 Ext. 101
F: (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENNE, Decedent, by and through his successors in interest; F.H., a minor, by and through her proposed guardian ad litem, Reatana Ven, individually and as co-successor in interest to Decedent; W.A.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent; W.R.H., a minor, by and through his proposed guardian ad litem, Alexis Celeste, individually and as co-successor in interest to Decedent, <br><br> Plaintiffs, <br> vs. <br><br> COUNTY OF SAN JOAQUIN, a public entity, et al., <br><br> Defendants. | ) Case No. 2:24-CV-02275-TLN-AC <br> ) <br> ) [Assigned to the Honorable U.S. District <br> ) Judge Troy L. Nunley – Courtroom 2] <br> ) <br> ) **AMENDED STIPULATION TO** <br> ) **FILE FIRST AMENDED** <br> ) **COMPLAINT IN 2:24-CV-02275-** <br> ) **TLN-AC, CONSOLIDATE CASE** <br> ) **NO. 2:24-CV-02275-TLN-AC WITH** <br> ) **2:25-CV-02309-TLN-AC, AND** <br> ) **CONTINUE THE DEADLINES IN** <br> ) **THE SCHEDULING ORDER** IN <br> ) **CASE NO. 24-CV-02275** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

///

///

Amended Stip. & Order to Consolidate and Continue Deadlines in Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                    - 1 -

The parties in Case Nos. 2:24-CV-02275-TLN-AC and 2:25-CV-02309-TLN-AC, by and through their respective attorneys of record, jointly move the Court for an order TO PERMIT PLAINTIFFS **TO FILE A FIRST AMENDED COMPLAINT IN 2:24-CV-02275-TLN-AC, CONSOLIDATE CASE NO. 2:24-CV-02275-TLN-AC WITH 2:25-CV-02309-TLN-AC, AND CONTINUE THE DEADLINES IN THE SCHEDULING ORDER**. The parties make this application on the following grounds:

<u>RECITALS</u>

1.      On August 20, 2024, Plaintiffs filed this civil rights, wrongful death, and survival action. The original Complaint in Case No. 2:24-CV-02275-TLN-AC ("the Original Action") is the operative pleading. ECF No. 1.

2.      Plaintiffs filed a Complaint in Case No. 2:25-CV-02309-DAD-CSK, on August 13, 2025 ("the Second Action"). This Second Action also concerns the death of William Henne. In the Second Action, Plaintiffs named additional theories of liability under *Monell* because Plaintiffs believed it was necessary, in an abundance of caution, due to the expiration of the statute of limitations. The operative complaint in the Second Action is the initial Complaint. ECF No. 1.

3.      Pursuant to the Court's December 23, 2025, Related Case Order, the Second Action was reassigned to District Judge Troy L. Nunley and Magistrate Judge Allison Claire; all dates set in the Second Action were vacated. ECF No. 24. The case was renumbered Case No. 2:25-CV-02309-TLN-AC.

4.      The Parties have met and conferred on consolidating the two actions. Plaintiffs have provided a proposed First Amended Complaint to the Defendants for review. The proposed First Amended Complaint is attached as Exhibit A to this stipulation. A redline version of the First Amended Complaint is attached as Exhibit B.

5.      With leave of Court, Plaintiffs intend to file the proposed First Amended Complaint in the Original Action. Through filing the proposed First Amended Complaint, Plaintiffs intend to consolidate all named parties and theories of liability in both the Original Action and the Second Action into a single action, which will proceed in the Original Action.

Amended Stip. & Order to Consolidate and Continue Deadlines in Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                     - 2 -

6.      Based on the above, both Plaintiffs and Defendants agree to the consolidation of the actions as set forth below:

    a.  The First Amended Complaint attached as Exhibit A will be filed in the Original Action, Case No. 2:24-CV-02275-TLN-AC. No additional parties have been added and so the caption and docket will remain the same.

    b.  Case No. 2:24-CV-02275-TLN-AC will operate as the primary case and all filings shall occur in Case No. 2:24-CV-02275-TLN-AC.

    c.  By agreeing to the filing of the First Amended Complaint, it is understood that Defendants are not stipulating to or otherwise agreeing with the allegations in the pleading. It is also understood that Defendants have the same rights and defenses they could otherwise raise regarding challenges to the content of the First Amended Complaint, as would be the case if the actions were proceeding separately. This includes, but is not limited to, challenges through motions to strike or dismiss.

    d.  It is agreed that Defendants who are named in the First Amended Complaint that will be filed in the Original Action and who were previously served in the Second Action while the Second Action was separate from the Original Action do not need to be served with the First Amended Complaint under Federal Rule of Civil Procedure Rule 4. These Defendants agree that service of the filed First Amended Complaint on their counsel under Federal Rule of Civil Procedure 5, is sufficient.

    e.  All Defendants' responses to the First Amended Complaint are due 30-days after the First Amended Complaint is filed.

    f.  The Parties agree to continue the deadlines in the operative Scheduling Order (ECF 18) in the Original Action by approximately eight (8)  months. Below is a proposed amended schedule.

//

Amended Stip. & Order to Consolidate and Continue Deadlines in Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                   - 3 -

| Case Event | Current Filing Date/Disclosure Deadline/Hearing Date (ECF No. 18) | Proposed New Filing Date/Disclosure Deadline/Hearing Date |
|---|---|---|
| Cutoff of Non-Expert Discovery | 03/27/2026 | 11/27/2026 |
| Expert disclosures / Expert Witness Designations | 05/26/2026 | 01/26/2027 |
| Rebuttal Expert Disclosures | 06/25/2026 | 02/26/2027 |
| Supplemental Disclosures (FRCP 26(e)) | 08/24/2026 | 04/26/2027 |
| Dispositive Motion Filing Cut-off Date | 09/23/2026 | 05/24/2027 |

Respectfully Submitted,

Dated: January 14, 2026

**LAW OFFICE OF SANJAY S. SCHMIDT, GRACE JUN, ATTORNEY AT LAW, and LAW OFFICES OF PANOS LAGOS**

**s**/Grace Jun
By: GRACE JUN
Attorneys for Plaintiffs

Dated: January 14, 2026

**BURKE, WILLIAMS & SORENSEN, LLP**

s/ Kyle Anne Piasecki
By: Kyle Anne Piasecki
Gregory B. Thomas
Kyle Anne Piasecki
Jackson D. Morgus
Attorneys for Defendants

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

Amended Stip. & Order to Consolidate and Continue Deadlines in Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                                    - 4 -

**ORDER**

The Court, having considered the parties' stipulation, and good cause appearing therefor, rules as follows:

IT IS HEREBY ORDERED that the two separate actions: 2:24-CV-02275-TLN-AC ("the Original Action") and 2:25-CV-02309-TLN-AC ("the Second Action") are hereby consolidated. The Original Action shall operate as the primary case and all filings shall occur in Case No. 2:24-CV-02275-TLN-AC. The Plaintiffs may file the proposed First Amended Complaint, attached to the Parties' stipulation as **Exhibit A**. All Defendants' responses to the First Amended Complaint are due 30-days after the First Amended Complaint is filed. The scheduling order is modified as follows:

| Case Event | Current Filing Date/Disclosure Deadline/Hearing Date (ECF No. 18) | New Filing Date/Disclosure Deadline/Hearing Date |
|---|---|---|
| Cutoff of Non-Expert Discovery | 03/27/2026 | 11/27/2026 |
| Expert disclosures / Expert Witness Designations | 05/26/2026 | 01/26/2027 |
| Rebuttal Expert Disclosures | 06/25/2026 | 02/26/2027 |
| Supplemental Disclosures (FRCP 26(e)) | 08/24/2026 | 04/26/2027 |
| Dispositive Motion Filing Cut-off Date | 09/23/2026 | 05/24/2027 |

**IT IS SO ORDERED**.

Dated: January 14, 2026

_____
Troy L. Nunley
Chief United States District Judge

Amended Stip. & Order to Consolidate and Continue Deadlines in Scheduling Order
*Henne, et al. v. County of San Joaquin, et al.*
USDC (E.D. Cal.) Case No.: 2:24-CV-02275-TLN-AC                    - 5 -